**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| v. | ) CASE NO. 5:14-CR-54 (MTT)<br>) |
| PAUL RICHARDSON, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends (1) denying Defendant Paul Richardson's motion for a reduction of his sentence (Doc. 90) and (2) denying Richardson's motion for a hearing (Doc. 96). Doc. 127. Richardson has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation for clear error and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 127) is **ADOPTED** and made the order of this Court. Accordingly, Richardson's motion for a reduction of his sentence (Doc. 90) and his motion for a hearing (Doc. 96) are **DENIED**.

**SO ORDERED,** this 26th day of November, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT